372 A.2d 841

Commonwealth v. Narchi, Appellant.

Submitted September 13, 1976. David Cohen and Robert M. Fellheimer, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissents.

372 A.2d 842

Commonwealth v. Olson, Appellant.

Submitted November 8, 1976. Stephen P. Swem, Trial Defender, for appellant; Ann Begler, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.